UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson , <br><br>            Plaintiff, <br><br>     v. <br><br> Andrew Bauer, <br><br>            Defendant. | Case No. 2:14-cv-0871 KJM CKD <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Andrew Bauer in the amount of $6,290.00

Date: November 12, 2014                                    MARIANNE MATHERLY, CLERK

                                                                                    By: /s/  C. Manzer
                                                                                    Deputy Clerk