UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Andrew Bauer,**<br><br>　　　　Defendant. | Case: 2:14-cv-0871 KJM CKD<br><br>**ORDER ON REQUEST TO VACATE DEBTOR EXAM**<br><br>Date:　　　7/27/2022<br>Time:　　　10:00 am<br>Courtroom:　24 |

### ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for **Andrew Bauer** scheduled for 7/27/2022 is **VACATED**.

Dated: June 8, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Request to Vacate Exam